UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **VASHITY M. JACKSON**<br>    **PLAINTIFF,**<br><br>**v.**<br><br>**FIRST NATIONAL COLLECTION BUREAU, INC.,**<br>    **DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CASE #: 3:11-CV-46-HEH**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by counsel, and files this NOTICE OF DISMISSAL WITH PREJUDICE pursuant to Fed.R.Civ.P. 41[a][1][A][i].  No party has responded. The matter is resolved.  This matter is to be dismissed with prejudice as to all parties, and each party shall bear their own fees, costs and expenses.

**VASHITY M. JACKSON**

/s/ Jason M. Krumbein, Esq.

by: Jason M. Krumbein, Esq. VSBN 43538
jkrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services, Inc.
Counsel for Plaintiff
5310 Markel Road, Suite 102
Richmond, VA 23230
804.303.0204 phone
804.303.0209 fax

Page 1 of 1